# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JAMIE ANN UTTERBACH-VALENZUELA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14MJ-00174<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENDANT__ , IT IS ORDERED that a detention hearing is set for __THURSDAY, MAY 1, 2014__ , _____ , at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__ , in Courtroom __4__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __April 29, 2014__          __Sheri Pym__  /s/
                                   United States Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                              Page 1 of 1